## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

_A. S. Dvinsky_ ("PLAINTIFF"), declares the following as to the claims asserted under the federal securities laws:

1.      Plaintiff has reviewed the complaint filed in this matter and has authorized the filing of a complaint based on similar allegations in a related or amended complaint. Plaintiff retains Bernstein Liebhard LLP and such counsel they deem appropriate to associate with to pursue such action.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff=s counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

4.      Plaintiff's transaction(s) in the **AMEDISYS, INC.** security that is the subject of this action during the class period are as follows:

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| SEE ATTACHMENT | | | | |
| | | | | |
| | | | | |

**Please list other transactions on a separate sheet of paper, if necessary.**

5.      Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws during the three years prior to the date of this Certification:

6.      Plaintiff is not currently seeking to serve as a representative party for a class in any actions filed under the federal securities laws.

7.      Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws during the three years prior to the date of this Certification:

8.      The undersigned is authorized to sign this Certification on behalf of Plaintiff.

9.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff=s pro rata share of any recovery, or as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of June, 2010.

Signature
_A. S. Dvinsky_

31988v1

| SECURITY | TRANSACTION TYPE | DATE | SHARES | PRICE ($) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| Put | Sale | 02/23/08 | 20 | 1.8385 |
| Common Stock | Purchase* | 03/20/08 | 2,000 | 45.0000 |
| Common Stock | Sale | 06/24/08 | 600 | 49.6280 |
| Common Stock | Sale | 06/24/08 | 600 | 49.6100 |
| Common Stock | Sale | 06/24/08 | 500 | 49.6101 |
| Common Stock | Sale | 06/24/08 | 200 | 49.6200 |
| Common Stock | Sale | 06/24/08 | 100 | 49.6235 |
| Common Stock | Purchase | 09/29/08 | 1,700 | 48.0500 |
| Common Stock | Sale | 10/09/08 | 1,700 | 45.0580 |
| Common Stock | Purchase | 11/21/08 | 2,700 | 35.2500 |
| Common Stock | Sale | 11/25/08 | 800 | 37.6196 |
| Common Stock | Sale | 11/25/08 | 100 | 37.5313 |
| Common Stock | Sale | 11/25/08 | 1,800 | 37.5200 |
| Common Stock | Purchase | 03/17/09 | 3,600 | 28.7200 |
| Call | Sale | 03/18/09 | 40 | 1.1405 |
| Common Stock | Sale | 03/19/09 | 100 | 27.5200 |
| Common Stock | Sale | 03/19/09 | 2,100 | 27.4936 |
| Common Stock | Sale | 03/19/09 | 600 | 27.5100 |
| Common Stock | Sale | 03/19/09 | 400 | 27.5000 |
| Common Stock | Sale | 03/19/09 | 200 | 27.5900 |
| Common Stock | Sale | 03/19/09 | 100 | 27.6000 |
| Common Stock | Sale | 03/19/09 | 100 | 27.6200 |
| Common Stock | Purchase | 03/20/09 | 3,600 | 28.9900 |
| Common Stock | Sale | 03/20/09 | 600 | 26.8301 |
| Common Stock | Sale | 03/20/09 | 100 | 26.8300 |
| Common Stock | Sale | 03/20/09 | 200 | 26.8538 |
| Common Stock | Sale | 03/20/09 | 300 | 26.8401 |
| Common Stock | Sale | 03/20/09 | 1,000 | 26.8404 |
| Common Stock | Sale | 03/20/09 | 1,000 | 26.8500 |
| Common Stock | Sale | 03/20/09 | 400 | 26.8400 |
| Common Stock | Purchase | 03/23/09 | 4,000 | 26.8000 |
| Common Stock | Sale | 03/30/09 | 3,599 | 27.2244 |
| Common Stock | Sale | 03/30/09 | 401 | 27.5000 |
| Common Stock | Purchase | 04/02/09 | 9 | 29.5000 |
| Common Stock | Purchase | 04/02/09 | 100 | 29.5500 |
| Common Stock | Purchase | 04/02/09 | 110 | 29.5600 |
| Common Stock | Purchase | 04/02/09 | 500 | 29.5700 |
| Common Stock | Purchase | 04/02/09 | 2,681 | 29.6380 |
| Common Stock | Purchase | 04/02/09 | 600 | 29.6400 |
| Common Stock | Sale | 04/07/09 | 4,000 | 28.4900 |
| Common Stock | Purchase | 04/09/09 | 3,600 | 32.9200 |
| Common Stock | Purchase | 04/14/09 | 400 | 31.0600 |
| Common Stock | Sale* | 04/17/09 | 4,000 | 30.0000 |

Arik Dvinsky

Amedisys, Inc. (NASDAQ: AMED)

| SECURITY | TRANSACTION TYPE | DATE | SHARES | PRICE ($) |
|---|---|---|---|---|
| Common Stock | Purchase | 05/19/09 | 3,300 | 32.1400 |
| Common Stock | Sale | 05/19/09 | 3,200 | 32.1400 |
| Common Stock | Sale | 05/19/09 | 100 | 32.1800 |
| Common Stock | Purchase | 05/20/09 | 3,300 | 31.8100 |
| Common Stock | Sale | 05/21/09 | 3,300 | 30.7000 |
| Common Stock | Purchase | 05/26/09 | 3,500 | 30.0600 |
| Common Stock | Sale | 06/09/09 | 3,500 | 31.0200 |
| Common Stock | Purchase | 04/27/10 | 1,800 | 56.4100 |

*option assignments